RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/27/09
BY DD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SAMELLA ANDERSON | CIVIL ACTION NO. 09-0223 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MADISON PARISH SHERIFF'S DEPARTMENT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 11] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 6] is GRANTED, and Plaintiff's claims against Defendant Madison Parish Sheriff's Department are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 27 day of May, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE